UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:16-cv-00955

| | |
|---|---|
| RICHARD E. SWIGER, individually, and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BREG, INC., VISCENT, LLC, and ORTHORX, INC. <br><br> Defendants. | JOINT MOTION TO DISMISS |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Richard Swiger ("Plaintiff") and Defendants Breg, Inc., Viscent, LLC, and OrthoRx, Inc. ("Defendants") jointly ask this Court to dismiss all claims Plaintiff asserted as an individual with prejudice, and the claims of the remaining non-party class members without prejudice. In support of this Motion, the parties respectfully state the following:

1. Plaintiff filed this purported collective action on behalf of Orthotists and Orthotic Fitters employed by Defendants.

2. Plaintiff complained about, among other things, Defendants' incorrect classification of Orthotists and Orthotic Fitters, and asserted claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the North Carolina Wage and Hour Act ("NCWHA").

3. Plaintiff Swiger has reached settlement of his individual claims with Defendants and consequently, he requests to dismiss those claims with prejudice. Plaintiff requests to dismiss the claims of the non-party class members without prejudice.

4. While Rule 23(e) of the Federal Rules of Civil Procedure does not require court approval of the dismissal of class claims before the class has been certified, the Fourth Circuit has held that, under Rule 23(d), district courts have pre-certification duty to ensure that the dismissal of class claims neither is the result of collusion, nor prejudices the non-party class members. *Shelton v. Pargo, Inc.*, 582 F.2d 1298, 1306, 1314 (4th Cir. 1978).

5. In this case, it is clear that the dismissal is not the result of collusion.

6. Similarly, it is clear that the dismissal will not prejudice the non-party class members. First, the dismissal is without prejudice. Second, the running of the statute of limitations on the class claims has been tolled since the parties agreed to mediation on September 13, 2016 and will be tolled through the date the Court grants this Motion to Dismiss. Finally, given that this case has not been publicized, the parties have no reason to believe that any non-party class members are relying upon Plaintiff's prosecution of these claims.

Therefore, based on the foregoing, the parties respectfully ask this Court to dismiss this action.

Dated: April 28, 2017                                    Respectfully submitted,

HIXSON NAGATANI LLP                              EMANUEL & DUNN

/s/ Brian Nagatani                                       /s/ Stephen A. Dunn
Mary Wang                                                Stephen A. Dunn
California State Bar No. 234636                          State Bar No. 12389
Brian K. Nagatani                                        /s/ S. Michael Dunn
California State Bar No. 208632                          S. Michael Dunn
Hixson Nagatani LLP                                      State Bar No. 47713
4655 Old Ironsides Drive, Suite 402                      Post Office Box 426
Santa Clara, CA 95054                                    Raleigh, North Carolina, 27602
Telephone:   (408) 486-9988                              Telephone:   (919) 832-0329
Facsimile:   (408) 727-6617                              Facsimile:   (919) 832-6731
Email:                                                   E-Mail:
brian@hnemploymentlaw.com                                mdunn@emanualanddunn.com
mary@hnemploymentlaw.com                                 sdunn@emanuelanddunn.com

*Attorneys for Plaintiff*

Zebulon D. Anderson
State Bar No. 20831
Isaac A. Linnartz
State Bar No. 39858
Post Office Box 2611
Raleigh, North Carolina 27602
Telephone:   (919) 821-1220
Facsimile:   (919) 821-6800
E-Mail:
         zanderson@smithlaw.com
         ilinnartz@smithlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

S. Michael Dunn
Stephen A. Dunn
Emanuel & Dunn
130 South Salisbury St.
Raleigh, NC 27601
Telephone: (919) 832-0329
Facsimile: (919) 832-6731
Email: mdunn@emanuelanddunn.com
Email: sdunn@emanuelanddunn.com

This 28th day of April 2017.

/s/ Brian K. Nagatani
Brian K. Nagatani